```
                                                    FILED
                                                 March 24, 2008
      -UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                                EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA           CALIFORNIA
                                                   DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. MAG.08-0093-GGH |
| Plaintiff,    ) | |
| v.    ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MARIA SANTA,    ) | |
| ) | |
| Defendant.    ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARIA SANTA, Case No. MAG. 08-0093-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $100,000.00.

        _X_   Unsecured Appearance Bond

        ___   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record.

        ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/24/08 at 2:44pm.

By _____
Edmund F. Brennan
United States Magistrate Judge